# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  19CR2328-CAB |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| JERRY LOPEZ (2), | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

**IT IS ORDERED** that the Information in Criminal Case No. 19CR2328-CAB against defendant JERRY LOPEZ (2) shall be and hereby is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED:  7/10/19

HON. Cathy Ann Bencivengo
United States District Judge